**VOLK ENTERPRISES, INC.,**
Plaintiff–Appellee,

v.

**TNI PACKAGING, INC., Defendant–Appellant.**

No. 2008–1319.

United States Court of Appeals,
Federal Circuit.

July 29, 2008.

Jon O. Nelson, Michael J. Harris, Banner & Witcoff, Ltd., Chicago, IL, for Defendant–Appellant.

Elizabeth G. Borland, Kerri A. Hochgesang, Smith, Gambrell & Russell, LLP, Atlanta, GA, for Plaintiff–Appellee.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**In re James W. PRIEGNITZ and Beth McCulloch.**

No. 2008–1490.

United States Court of Appeals,
Federal Circuit.

July 29, 2008.

**ON MOTION**

*ORDER*

Upon consideration of the motion to withdraw this appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.